IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Samantha Young, on behalf of herself and all others similarly situated, known and unknown,<br><br>    Plaintiff,<br><br> v.<br><br>Shipt, Inc.,<br><br>    Defendant. | Civil Action No. 1:20-cv-05858<br><br>Honorable Edmond E. Chang<br><br>Magistrate Judge Maria Valdez |

## DECLARATION OF SAMANTHA YOUNG

I, Samantha Young, declare as follows:

1. I worked as a delivery service driver for defendant Shipt, Inc. (Shipt) from approximately April 2019 through July 2019 and I state the following facts based on my firsthand experience working for Shipt.

2. My central job duty for Shipt was to pick up and deliver goods ordered by consumers through Shipt's Marketplace Application (Shipt App). Specifically, Illinois consumers would order goods through the Shipt App and I would receive notification of the order. If I was assigned to provide the delivery service, I would drive to the retailer, pick up the goods, and then transport the goods to the consumer who purchased them.

3. The major nationwide retailers from whom I picked up goods included Target, CVS, Petco, and Meijer. In addition to these major nationwide retailers, Shipt is partnered with Bed Bath & Beyond, buybuy BABY, and Office Depot & Office Max.

4. The goods I picked up from these retailers and delivered to consumers included electronics, medicine, clothing, and household items. These goods included, but are not limited to, desktop and laptop computers manufactured by companies such as Dell and Hewlett Packard, various Apple products such as air-pods and chargers, Nintendo Switch, Nintendo Switch games, and Nintendo controllers, pet food, cat litter, pet toys, toilet paper, cosmetics, soap, shampoo, and

hair dye. Nearly all, if not all, of these goods originated from outside Illinois, and some of these goods originated in other countries, such as China and Japan. These goods were shipped from outside Illinois, and in some cases, outside the continental United States, traveled across state and national lines, and distributed to Shipt's nationwide retail partners in Illinois. These goods would then be purchased by consumers in Illinois and my primary job was to pick up and deliver the goods to their final destination, i.e., the ultimate consumer.

5.  My primary role at Shipt was to transport goods from Shipt's retail partners to their consumers. I was not involved in the selection of the goods to be purchased by the consumer. The consumer selected and paid for the goods. My central job was to deliver that good to the consumer.

6.  Every time I drove my vehicle while performing duties for Shipt, I was required to lease my vehicle to Shipt.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this January 29, 2021

DocuSigned by:

Samantha Young

EF3AD463D37C45A...

Samantha Young